**STATE of Missouri, Respondent,**

v.

**John STREBEL, Appellant.**

**No. 46980.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 6, 1984.

David J. Rauscher, St. Louis, for appellant.

Timothy M. Joyce, Pros. Atty., Warrenton, for respondent.

## ORDER

PER CURIAM:

Defendant appeals from his conviction, after a jury-waived trial, of driving while intoxicated and speeding. Defendant was sentenced to a fine of $200 on the driving while intoxicated conviction and a fine of $60 on the speeding conviction. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).